FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

Moore | 392849
(Last Name) | (Identification Number)

Corey | Rashad
(First Name) | (Middle Name)

Harrison County
(Institution)

122 Galloway St Long Beach, MS 39560
(Address)

*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
FEB 26 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

V.

Harrison County Sheriff Department; Detectives + D&D Tow yard

CIVIL ACTION NUMBER: 1:16cv70LG-RHW
(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States? Yes ( ) No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Corey Moore   Prisoner Number: 392849

Address: 122 Galloway St Long Beach, MS 39560

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Do not know Detetives name   is employed as

Harrison County Sheriff Department   at

Detective

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Corey Moore

ADDRESS: 122 Galloway St Long Beach, MS 39560

DEFENDANT(S):

NAME: Harrison County Sheriff Department Detetives ;

ADDRESS: 10451 Larkin Smith Dr. Gulfport MS, 39503

D+D Towe Yard

Gulfport, MS 39501

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (X)

B. Are you presently incarcerated for a parole or probation violation?

   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (X)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (X)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (X), if so, state the results of the procedure: _____

F. If you are **not** an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes (X)   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): Written request + request for forms

   3. State the date your claims were presented: Jan. 2016

   4. State the result of the procedure: No answer, no response from the dectetives or the tow yard.

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Attachment on an extra sheet

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

For them to pay me for the stress and embarrassment they have put me through. For my Mercedes Benz to be return to my yard and for them to pay all the damages and maintence it needs. If my vehicle can't be return, I would like another one!

Signed this 31 day of January, 20 16.

Corey Moore, 342849
122 Gallaway St Long Beach, MS 39560
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

1\31\16
(Date)

Corey Moore
Signature of plaintiff

4

To whom this may concern please hear me out; Its basically about a Mercedes Benz that was stolen from me buy Harrison County Sheriff Department.

The car was an 07 model the book value on it was about $6,000 according to my iphone with the miles and the condition the car was in. The guy want $3,000, I gave him 2,600 dollars. He was desperate for the money. He also had the title which was clear. The car didn't have a tag on it; still had the dealer ship tag. So I thought he has been trying to sell it. There were two owners on the title signed already; so I buy the vehicle straight legit. I have bought four cars last year and never had a problem like this.

Next day put the car in my name buy a tag and ride. Three days later Long Beach PD pulls me over and says my car is stolen. They arrest me and put me in the back of the police car for about an hour. Long Beach realize that the car is mine and have no choice but to let me go. Detetive Grow from long Beach vouch for me. Two days later the Sheriff comes to my house and take my vehicle out

of my yard and tell me I have to go to civil court to get my vehicle back. No warrant, no type of paper work was shown. All of my neighbors are outside looking at the Sheriff Department taking my car. There has been no court date issued and they just gave my car back to the previous owner, with the car still in my name, my tag, and my registration. Which I know for a fact was a inside job. They say its not what you know its who you know; that was the case in this situation. The sheriff was telling me in so many words. How? Why? I have asked these questions for the last 7 months so this is what it has come to. The only thing left to do. I have all the info on my vehicle.

Make: Merz
Model: C23  body 4 door
Color: White
Year: 2007      Cyl 6
VIN # WDBRF52H67F923398
Title NO. G426045