10451 larkin Smith Dr.
Gulfport, MS 39501

Pro Se



RECEIVED

FEB 26 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

US District Court Clerk 2012
15th street, Suite 403 Gulfport,
MS 39501

RECEIVED

FEB 12 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

MAILED FROM HARRISON COUNTY
ADULT DETENTION CENTER
NOT RESPONSIBLE FOR CONTENTS

39503-9996