IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COREY RASHAD MOORE**                                      **PLAINTIFF**

v.                                       CAUSE NO. 1:16CV70-LG-RHW

**D&D TOWE YARD, ET AL.**                                 **DEFENDANTS**

### FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on October 20, 2016.  The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(b).  Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 8th day of November, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE